1020

THE STATE OF WASHINGTON, *Respondent*, v. CATRINA M. SCARPA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-02357-9, Barbara D. Johnson, J., entered June 14, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Hunt, J.; Armstrong, J., dissenting.

THE STATE OF WASHINGTON, *Respondent*, v. AARON C. LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00414-1, Gordon Godfrey, J., entered October 8, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.

THE STATE OF WASHINGTON, *Respondent*, v. CYRIL DELANTO WALROND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02136-5, Thomas P. Larkin, J., entered October 26, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MONTE STOGSDILL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-03718-4, Lisa R. Worswick, J., entered October 16, 2007. *Reversed* and *remanded* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Hunt, J.